IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| v. | : | DATE FILED: |
| MICHAEL FIELDS<br>DESIREE ADORNO | : | VIOLATIONS:<br>18 U.S.C. § 844(n) (conspiracy to<br>maliciously damage property used in<br>interstate commerce by means of an<br>explosive – 1 count) |
| | : | |
| | : | 18 U.S.C. § 844(i) (attempt to<br>maliciously damage property used in<br>interstate commerce by means of an<br>explosive - 1 count) |
| | : | |
| | : | 26 U.S.C. § 5861(d) (possession of an<br>unregistered firearm - 1 count) |
| | : | 18 U.S.C. § 2 (aiding and abetting)<br>Notices of forfeiture |

INDICTMENT

COUNT ONE

THE GRAND JURY CHARGES THAT:

BACKGROUND

At all times material to this indictment:

1.      Wawa is a chain of convenience retail stores, operating multiple locations throughout Southeastern Pennsylvania and surrounding areas. Wawa orders and obtains supplies and merchandise from businesses that are located in Pennsylvania and other states in the United States and is a business that is engaged in interstate commerce by providing customers with goods produced, purchased, and transported from other states to Pennsylvania.

2.      Wawa has a store located at 3230 Richmond Street, Philadelphia, Pennsylvania (hereinafter referred to as "the Wawa store"). The Wawa store housed a computer

terminal that operated lotteries that are authorized by state entities inside and outside of the Commonwealth of Pennsylvania.

3.      The Wawa store was closed for business on May 30, 2020, because of civil unrest in Philadelphia, Pennsylvania. Apart from a brief unsuccessful attempt to open on May 31, 2020, the Wawa store remained closed through June 8, 2020.

4.      Defendants MICHAEL FIELDS and DESIREE ADORNO were not employees of Wawa and had no permission to enter the Wawa store.

**THE CONSPIRACY**

5.      On or about June 5, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**MICHAEL FIELDS and
DESIREE ADORNO**

conspired and agreed, together and with Person #1 and Person #2, who are unknown to the grand jury, to maliciously damage and destroy, and attempt to damage and destroy, by means of fire or an explosive, any building, vehicle, and other real and personal property used in interstate and foreign commerce and in any activity affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 844(i).

**MANNER AND MEANS**

It was part of the conspiracy that:

6.      Defendants MICHAEL FIELDS and DESIREE ADORNO, along with Person #1 and Person #2, traveled to the Wawa store for the purpose of breaking into the Wawa store, stealing merchandise, and using explosive devices to break into a Pennsylvania Lottery machine and a safe inside the store to steal cash and lottery tickets.

2

7.    Defendants MICHAEL FIELDS and DESIREE ADORNO, along with Person #1 and Person #2, broke into the Wawa store, stole merchandise offered for sale by Wawa, and attempted to use explosive devices to break into a Pennsylvania Lottery machine and a safe to steal cash and lottery tickets.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, defendants MICHAEL FIELDS and DESIREE ADORNO, together and with Person #1 and Person #2, who are unknown to the grand jury, committed the following overt acts, among others, in the Eastern District of Pennsylvania:

On or about June 5, 2020:

1.    Defendants MICHAEL FIELDS and DESIREE ADORNO, along with Person #1 and Person #2, traveled to the Wawa store.

2.    Person #1 used a garden hoe to break the glass of the front door to gain entry into the Wawa store.

3.    Defendant DESIREE ADORNO and Person #1 entered the Wawa store through the broken glass door, followed by defendant MICHAEL FIELDS, while Person #2 remained in a vehicle in the parking lot of the Wawa store.

4.    Once inside the store, defendants MICHAEL FIELDS and DESIREE ADORNO, along with Person #1, stole merchandise belonging to the Wawa store by removing the merchandise from display shelves and placing it into plastic bags and a backpack.

5.    Person #1 broke open two cash registers in an attempt to steal cash, but was unsuccessful because the cash registers were empty.

3

6.     Defendant MICHAEL FIELDS removed an explosive device from his sweatshirt pocket and gave it to Person #1.

7.     Defendant DESIREE ADORNO removed two explosive devices from her backpack and placed them in a large cup holder on a counter next to a safe and near a cash register.

8.     Person #1 attempted unsuccessfully to break open the Pennsylvania Lottery machine, terminal number 21041, that was located inside the Wawa store by striking the machine with the garden hoe.

9.     Person #1 then placed the explosive device, previously given to him by defendant MICHAEL FIELDS, into the Pennsylvania Lottery machine.

10.    Person #1 carried several plastic bags filled with stolen Wawa store merchandise out of the store and placed them in the waiting vehicle driven by Person #2, as defendant MICHAEL FIELDS and defendant DESIREE ADORNO remained inside the store and continued to place stolen merchandise into plastic bags.

11.    After placing the plastic bags containing the stolen Wawa store merchandise inside of the waiting vehicle, Person #1 reentered the Wawa store.

12.    Person #1 removed additional plastic bags filled with stolen Wawa store merchandise from the Wawa store and placed the bags inside of the car. When Philadelphia Police Officers arrived at the Wawa store, Person #1 and Person #2 fled the parking lot in the vehicle driven by Person #2.

13.    Defendant MICHAEL FIELDS ran out of the Wawa store and attempted to flee and allude police, by running, hiding under a vehicle, jumping over a fence, and hiding in

4

a bush. While fleeing, defendant FIELDS discarded, or otherwise attempted to conceal,

explosive devices, and was ultimately apprehended by police and taken into custody.

14.     Defendant DESIREE ADORNO remained inside the Wawa store until she

was apprehended and taken into custody by police.

All in violation of Title 18, United States Code, Section 844(n).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 5, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**MICHAEL FIELDS and
DESIREE ADORNO**

attempted to maliciously damage and destroy by means of an explosive, and aided and abetted the attempt to maliciously damage and destroy by means of an explosive, property used in interstate commerce and in activities affecting interstate commerce, that is, a Pennsylvania Lottery machine, terminal number 21041, inside of the Wawa store located at 3230 Richmond Street in Philadelphia, Pennsylvania.

In violation of Title 18, United States Code, Sections 844(i) and (2).

6

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 5, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### MICHAEL FIELDS

knowingly received and possessed a firearm, that is, a destructive device which contained a perchlorate explosive mixture and a length of pyrotechnic fuse, which was not registered to defendant FIELDS in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5845, 5861(d), and 5871.

## NOTICE OF FORFEITURE 1

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 844(n) and 844(i), as set forth in this indictment, defendants

**MICHAEL FIELDS and**
**DESIREE ADORNO**

shall forfeit to the United States of America:

1.      any explosive materials involved or used or intended to be used in the commission of such offenses, including, but not limited to:

(a)      Five explosive devices; and

2.      any property, real or personal, that constitutes or is derived from proceeds traceable to, and obtained directly or indirectly as a result of, the commission of such violations, including, but not limited to, the sum of $3,986.28 which is the value of the merchandise stolen from the Wawa store, located at 3230 Richmond Street, Philadelphia, Pennsylvania.

3.      If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

(a)      cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to, or deposited with, a third party;

(c)      has been placed beyond the jurisdiction of the Court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b) and

8

Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Sections 844(c)(1), 981(a)(1)(C), and 982(a)(2)(B), and Title 28, United States Code, Section 2461(c).

## NOTICE OF FORFEITURE 2

**THE GRAND JURY FURTHER CHARGES THAT:**

   As a result of the violation of Title 26, United States Code, Section 5861(d), as set forth in this indictment, defendant

## MICHAEL FIELDS

shall forfeit to the United States of America, the firearm, that is, a destructive device, involved in the commission of this offense.

   All pursuant to Title 28, United States Code, Section 2461(c) and Title 26, United States Code, Section 5872.

        **A TRUE BILL:**

        **GRAND JURY FOREPERSON**

**JENNIFER ARBITTIER WILLIAMS**
**Acting United States Attorney**

10

No. _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

**MICHAEL FIELDS**
**DESIREE ADORNO**

INDICTMENT

18 U.S.C. § 844(n) (conspiracy to maliciously damage property used in interstate commerce by means of an explosive – 1 count)
18 U.S.C. § 844(i) (attempt to maliciously damage property used in interstate commerce by means of an explosive - 1 count)
26 U.S.C. § 5861(d) (possession of an unregistered firearm - 1 count)
18 U.S.C. § 2 (aiding and abetting)
Notices of forfeiture



Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____